UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pamela Williams, on behalf of himself and all others similarly situated,
    Plaintiff,

v.

AMERICA'S GARDENING RESOURCE, INC.,

    Defendant.

CASE NO.: 1:20-cv-1736

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, America's Gardening Resource, Inc, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, America's Gardening Resource, Inc, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 25, 2020

Respectfully Submitted,

Granted. This case is dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

/s/David Paul Force
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

July 26, 2020